# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Gershwin A. | U.S. Distsrict Court, Eastern District of Michigan | 04/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge; active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 707
Detroit, MI 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Wayne County, Michigan Pension Payments | $14,192.04 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IIRA #1 (H) | | | | | | | | | |
| 2. - AMCAP Fund Class C Am. Funds | A | Dividend | L | T | | | | | |
| 3. - American Balanced Fund/Am. Funds | A | Dividend | L | T | | | | | |
| 4. - Cap. Income Builder Fd./ Class C - Am. Funds | B | Dividend | L | T | | | | | |
| 5. - Cap. World Growth & Inc. Fd./ Am. Funds | A | Dividend | M | T | | | | | |
| 6. - Franklin Dynatech Fund Advisor Class | A | Dividend | L | T | Buy | 07/27/20 | L | | |
| 7. - Growth Fund of America/Am. Funds | A | Dividend | L | T | | | | | |
| 8. - Income Fund of Amer. Class C - Am. Funds | C | Dividend | M | T | | | | | |
| 9. - New Economy Fund/Am. Funds | A | Dividend | L | T | | | | | |
| 10. - New Perspective Fund Class C - Am. Funds | A | Dividend | M | T | | | | | |
| 11. IRA #2 (H) | | | | | | | | | |
| 12. - AMCAP Fund Class F2 - Amer. Funds | A | Dividend | K | T | Buy | 12/13/20 | K | | |
| 13. - American Balanced Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 14. - American Global Bal Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 15. - Bond Fund of America Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 16. - Cap. World Growth & Income - Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 17. - Income Fund of America - Amer. Funds | A | Dividend | J | T | Buy | 05/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - New Perspective Fund Class F2 - Amer. Funds | A | Dividend | K | T | | | | | |
| 19.  - Washington Mutual Investors Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 20.  IRA #3 (H) | | | | | | | | | |
| 21.  - American Balanced Fund Class F2 - Amer. Funds | A | Dividend | K | T | | | | | |
| 22.  - American Global Bal Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 23.  - Bond Fund of America Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 24.  - Capital World Growth & Income Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 25.  - Income Fund of America - Amer. Funds | A | Dividend | J | T | Buy | 05/05/20 | J | | |
| 26.  - New Perspective Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 27.  - Washington Mutual Investors Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 28.  IRA #4 (H) | | | | | | | | | |
| 29.  - American Balanced Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 30.  - American Global Balanced Fund - Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 31.  - Bond Fund of America Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 32.  - Capital World Growth & Income Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 33.  - Income Fund of America - Amer. Funds | A | Dividend | J | T | Buy | 05/05/20 | J | | |
| 34.  - New Perspective Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - Washington Mutual Investors Fund Class F2 - Amer. Funds | A | Dividend | J | T | | | | | |
| 36.  IRA #7 (H) | | | | | | | | | |
| 37.  - AT&T Incorporated | A | Dividend | | | Sold | 03/23/20 | J | | |
| 38.  - Abbott Labs | A | Dividend | J | T | | | | | |
| 39.  - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 40.  - Advanced Micro Devices Inc. | A | Dividend | J | T | Buy | 07/28/20 | J | | |
| 41.  - Alibaba Group Hldg. | A | Dividend | | | Sold | 12/24/20 | J | | |
| 42.  - Allstate Corp. | A | Dividend | | | Sold | 05/21/20 | J | | |
| 43.  - Alphabet Incorporated | A | Dividend | K | T | | | | | |
| 44.  - Amazon Com Inc. | A | Dividend | K | T | | | | | |
| 45.  - Anthem Incorporated | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 46.  - American Express Company | A | Dividend | | | Sold | 03/18/20 | J | | |
| 47.  - Apple Inc. | A | Dividend | K | T | | | | | |
| 48.  - Bk of America Corporation | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 49.  - Becton Dickinson & Co. | A | Dividend | | | Sold | 02/10/20 | J | | |
| 50.  - Boeing Company | A | Dividend | | | Sold | 10/19/20 | K | | |
| 51.  - Boston Scientific Corp. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - CVS Health Corp. | A | Dividend | | | Sold | 09/10/20 | J | | |
| 53.   - Capital One Finl. Corp. | A | Dividend | | | Sold | 03/11/20 | J | | |
| 54.   - Charter Communications Incorporated | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 55.   - Chevron Corp. | A | Dividend | | | Sold | 09/24/20 | J | | |
| 56.   - Cisco Systems Inc. | A | Dividend | | | Sold | 03/06/20 | J | | |
| 57.   - Citigroup Inc. | A | Dividend | J | T | | | | | |
| 58.   - Coca Cola Company | A | Dividend | J | T | | | | | |
| 59.   - Comcast Corp. | A | Dividend | | | Sold | 04/01/20 | J | | |
| 60.   - Conocophillips | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 61.   - Cummins Incorporated | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 62.   - Deere & Company | A | Dividend | J | T | | | | | |
| 63.   - Delta Air Lines Incorporated | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 64.   - Disney Walt Company | A | Dividend | K | T | | | | | |
| 65.   - Discover Finl Svcs | A | Dividend | J | T | Buy | 09/30/20 | J | | |
| 66.   - Dollar General Corp. | A | Dividend | J | T | | | | | |
| 67.   - Eog Res Incorporated | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 68.   - Exxon Mobil Corp. | A | Dividend | | | Sold | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Facebook Inc. | A | Dividend | K | T | | | | | |
| 70. - Fiserv Inc. | A | Dividend | | | Sold | 09/21/20 | J | | |
| 71. - Home Depot Inc. | A | Dividend | J | T | | | | | |
| 72. - Honeywell International Inc. | A | Dividend | J | T | | | | | |
| 73. - JPMorgan Chase & Co. | A | Dividend | J | T | | | | | |
| 74. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 75. - Lilly Eli & Company | A | Dividend | J | T | | | | | |
| 76. - Lululemon Athletica Incorporated | A | Dividend | J | T | Buy | 09/09/20 | J | | |
| 77. - McDonalds Corporation | A | Dividend | | | Sold | 03/20/20 | J | | |
| 78. - Merck & Company Inc. | A | Dividend | | | Sold | 10/14/20 | J | | |
| 79. - Microsoft Corp. | A | Dividend | K | T | | | | | |
| 80. - Micron Technology Inc. | A | Dividend | J | T | | | | | |
| 81. - Morgan Stanley Com New | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 82. - Nextera Energy Incorporated | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 83. - Nike Incorporated | A | Dividend | J | T | | | | | |
| 84. - Norfolk Southern Corp. | A | Dividend | K | T | | | | | |
| 85. - Nvidia Corp. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - PNC Fin Svcs Group Incorporated | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 87.  - Palo Alto Networks Incorporated | A | Dividend | J | T | | | | | |
| 88.  - Paypal Hldgs Incorporated | A | Dividend | J | T | | | | | |
| 89.  - Pepsico Inc. | A | Dividend | J | T | | | | | |
| 90.  - Philip Morris Intl. Inc. | A | Dividend | | | Sold | 10/20/20 | J | | |
| 91.  - Procter and Gamble Company | A | Dividend | J | T | | | | | |
| 92.  - Qualcomm Inc. | A | Dividend | J | T | | | | | |
| 93.  - Rockwell Automation Incorporated | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 94.  - Salesforce Com Inc. | A | Dividend | J | T | | | | | |
| 95.  - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 96.  - Stanley Black & Decker Incorporated | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 97.  - TJX Companies Inc. | A | Dividend | | | Sold | 07/16/20 | J | | |
| 98.  - Target Corporation | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 99.  - Union Pac Corporation | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 100.  - United Technologies Corp. | A | Dividend | | | Sold | 04/02/20 | J | | |
| 101.  - Unitedhealth Group Inc. | A | Dividend | J | T | | | | | |
| 102.  - Valero Energy Corp. | A | Dividend | | | Sold | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Visa Inc. | A | Dividend | K | T | | | | | |
| 104. - Walmart Incorporated | A | Dividend | J | T | | | | | |
| 105. - Zoetis Incorporated | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 106. - Linde Plc Shs (Ireland) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 107. - Medtronic Plc Shs (Ireland) | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 108. - Alcon Inc. | A | Dividend | | | Sold | 05/05/20 | J | | |
| 109. - American Tower Corp. | A | Dividend | J | T | | | | | |
| 110. IRA #8 (H) | | | | | | | | | |
| 111. - AT&T Incorporated | A | Dividend | J | T | | | | | |
| 112. - Abbott Labs | A | Dividend | J | T | Buy | 10/12/20 | J | | |
| 113. - Air Products & Chemicals Inc. | A | Dividend | J | T | | | | | |
| 114. - Apple Incorporated | A | Dividend | K | T | | | | | |
| 115. - Aptargroup Incorporated | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 116. - Assurant Incorporated | A | Dividend | J | T | | | | | |
| 117. - Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |
| 118. - Becton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 119. - Broadridge Finl. Solutions Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Caseys General Stores Inc. | A | Dividend | J | T | | | | | |
| 121.  - Coca Cola Company | A | Dividend | J | T | | | | | |
| 122.  - Commerce Bancshares Inc. | A | Dividend | J | T | | | | | |
| 123.  - Costco Wholesale Corp. | A | Dividend | J | T | | | | | |
| 124.  - Dollar General Corporation | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 125.  - Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 126.  - Fidelity Natl Information Svcs | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 127.  - Gallagher Arthur & Co. | A | Dividend | J | T | | | | | |
| 128.  - Gilead Sciences Inc. | A | Dividend | J | T | | | | | |
| 129.  - Glacier Bancorp Inc. | A | Dividend | J | T | | | | | |
| 130.  - Henry Jack & Assoc. Inc. | A | Dividend | J | T | | | | | |
| 131.  - Home Depot Inc. | A | Dividend | J | T | | | | | |
| 132.  - Illinois Tool Wks. Inc. | A | Dividend | J | T | | | | | |
| 133.  - International Business Machines | A | Dividend | J | T | | | | | |
| 134.  - Intuit | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 135.  - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 136.  - Kimberly Clark Corp. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - Leggett & Platt Inc. | A | Dividend | | | Sold | 05/08/20 | J | | |
| 138.  - Mastercard Incorporated | A | Dividend | J | T | | | | | |
| 139.  - McCormick & Company Inc. | A | Dividend | J | T | | | | | |
| 140.  - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 141.  - Merck & Company Inc. | A | Dividend | J | T | | | | | |
| 142.  - Nasdaq Inc. | A | Dividend | J | T | | | | | |
| 143.  - Nextera Energy | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 144.  - Oneck Incorporated | A | Dividend | | | Sold | 09/22/20 | J | | |
| 145.  - Prosperity Bancshares Inc. | A | Dividend | J | T | | | | | |
| 146.  - Qualcomm Inc. | A | Dividend | K | T | | | | | |
| 147.  - Republic Svcs. Inc. | A | Dividend | J | T | | | | | |
| 148.  - Ross Stores Inc. | A | Dividend | | | Sold | 04/20/20 | J | | |
| 149.  - Sherwin Williams Co. | A | Dividend | J | T | | | | | |
| 150.  - Snap On Incorporated | A | Dividend | J | T | | | | | |
| 151.  - Stryker Corporation | A | Dividend | J | T | | | | | |
| 152.  - Tractor Supply Company | A | Dividend | J | T | | | | | |
| 153.  - Union Pacific Corporation | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - United Technologies Corp. | A | Dividend | | | Sold | 01/16/20 | J | | |
| 155. - V F Corporation | A | Dividend | J | T | | | | | |
| 156. - Verizon Communications Inc. | A | Dividend | J | T | | | | | |
| 157. - Wec Energy Group Inc. | A | Dividend | J | T | | | | | |
| 158. - Walgreens Boots Alliance Inc. | A | Dividend | | | Sold | 09/02/20 | J | | |
| 159. - Watsco Incorporated | A | Dividend | J | T | | | | | |
| 160. - Xcel Energy Inc. | A | Dividend | J | T | | | | | |
| 161. - Xilinx Incorporated | A | Dividend | | | Sold | 10/09/20 | J | | |
| 162. - Accenture Plc Ireland | A | Dividend | J | T | | | | | |
| 163. - Steris Plc. USD | A | Dividend | J | T | | | | | |
| 164. - American Tower Corp. | A | Dividend | J | T | | | | | |
| 165. - Realty Income Corp. | A | Dividend | J | T | | | | | |
| 166. Brokerage Account #1 (H) | | | | | | | | | |
| 167. - Targe Res Corp. f/k/a Targa Res Partners LP Com Unit (Y) | | | | | | | | | |
| 168. - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |
| 169. - American High Income Municipal Bond | A | Dividend | K | T | | | | | |
| 170. - Blackrock Equity Div. Fund Class C | A | Dividend | | | Sold | 10/29/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 172. - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 173. - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 174. - Franklin Dynatech Fund | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 175. - Franklin Rising Dividends Fund | A | Dividend | K | T | | | | | |
| 176. - Am Funds Growth Fund of Amer Class C | A | Dividend | K | T | | | | | |
| 177. - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 178. - Janus Henderson Global Eq. Inc. f/k/a Henderson European Focus Fund | A | Dividend | | | Sold | 10/29/20 | K | | |
| 179. - Western Asset Int. Term Municipals Class C | A | Dividend | | | Sold | 10/29/20 | L | | |
| 180. - MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 181. - MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 182. - MFS Municipal High Income Fund | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 183. - Franklin Templeton Mutual Global Discovery | A | Dividend | | | Sold | 10/29/20 | K | | |
| 184. - Am Funds New World Class C | A | Dividend | K | T | | | | | |
| 185. - Nuveen High Yield Mun. Bond Fund Class C | A | Dividend | K | T | | | | | |
| 186. - Tax Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 187. - Raymond James Cash Account | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Brokerage Account #2 (H) | | | | | | | | | |
| 189. - AT&T Incorporated | A | Dividend | | | Sold | 03/23/20 | J | | |
| 190. - Abbott Labs | A | Dividend | J | T | | | | | |
| 191. - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 192. - Alibaba Group Hldg | A | Dividend | | | Sold | 12/24/20 | J | | |
| 193. - Allstate Corporation | A | Dividend | | | Sold | 05/21/20 | J | | |
| 194. - Advanced Micro Devices Incorporated | A | Dividend | J | T | Buy | 07/28/20 | J | | |
| 195. - Alphabet Incorporated f/k/a Google Incorporated | A | Dividend | J | T | | | | | |
| 196. - Amazon Com Incorporated | A | Dividend | K | T | | | | | |
| 197. - American Express Company | A | Dividend | | | Sold | 03/18/20 | J | | |
| 198. - Anthem Incorporated | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 199. - Apple Incorporated | A | Dividend | K | T | | | | | |
| 200. - Bk of America Corporation | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 201. - Becton Dickison & Company | A | Dividend | | | Sold | 02/10/20 | J | | |
| 202. - Boeing Company | A | Dividend | | | Sold | 10/19/20 | J | | |
| 203. - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 204. - CVS Health Corp. | A | Dividend | | | Sold | 09/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Capital One Finl. Corp. | A | Dividend | | | Sold | 03/11/20 | J | | |
| 206. - Charter Communications Incorporated New | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 207. - Chevron Corporation New | A | Dividend | | | Sold | 09/24/20 | J | | |
| 208. - Cisco Systems Incorporated | A | Dividend | | | Sold | 03/06/20 | J | | |
| 209. - Citigroup Incorporated Com New | A | Dividend | J | T | | | | | |
| 210. - Coca Cola Company | A | Dividend | J | T | | | | | |
| 211. - Comcast Corporation New | A | Dividend | | | Sold | 04/01/20 | J | | |
| 212. - Conocophillips | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 213. - Cummins Incorporated | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 214. - Deere & Company | A | Dividend | J | T | | | | | |
| 215. - Delta Airlines Incorporated | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 216. - Disney Walt Company | A | Dividend | J | T | | | | | |
| 217. - Discover Finl Svcs | A | Dividend | J | T | Buy | 09/30/20 | J | | |
| 218. - Dollar General Corp. | A | Dividend | J | T | | | | | |
| 219. - EOG Res Incorporated | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 220. - Exxon Mobil Corporation | A | Dividend | | | Sold | 02/26/20 | J | | |
| 221. - Facebook Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - Fiserv Inc. | A | Dividend | | | Sold | 09/21/20 | J | | |
| 223.  - Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 224.  - Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 225.  - JPMorgan Chase & Company | A | Dividend | J | T | | | | | |
| 226.  - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 227.  - Lilly Eli & Company | A | Dividend | J | T | | | | | |
| 228.  - Lululemon Athletica Incorporated | A | Dividend | J | T | Buy | 09/09/20 | J | | |
| 229.  - McDonalds Corporation | A | Dividend | | | Sold | 03/24/20 | J | | |
| 230.  - Merck & Company | A | Dividend | | | Sold | 10/19/20 | J | | |
| 231.  - Microsoft Corporation | A | Dividend | K | T | | | | | |
| 232.  - Micron Technology Inc. | A | Dividend | J | T | | | | | |
| 233.  - Morgan Stanley Com New | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 234.  - Nextera Energy Incorporated | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 235.  - Nike Incorporated | A | Dividend | J | T | | | | | |
| 236.  - Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 237.  - Nvidia Corp. | A | Dividend | J | T | | | | | |
| 238.  - PNC Finl Svcs Group Incorporated | A | Dividend | J | T | Buy | 11/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Gershwin A.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.   - Palo Alto Hldgs Incorporated | A | Dividend | J | T | | | | | |
| 240.   - Paypal Hldgs Incorporated | A | Dividend | J | T | | | | | |
| 241.   - Pepsico Inc. | A | Dividend | J | T | | | | | |
| 242.   - Philip Morris Intl. Inc. | A | Dividend | | | Sold | 10/20/20 | J | | |
| 243.   - Proctor and Gamble Co. | A | Dividend | J | T | | | | | |
| 244.   - Qualcomm Inc. | A | Dividend | J | T | | | | | |
| 245.   - Rockwell Automation Incorporated | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 246.   - Salesforce Com Incorporated | A | Dividend | J | T | | | | | |
| 247.   - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 248.   - Stanley Black & Decker Incorporated | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 249.   - TJX Companies Inc. | A | Dividend | | | Sold | 07/16/20 | J | | |
| 250.   - Target Corporation | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 251.   - Union Pac Corporation | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 252.   - United Technologies corp. | A | Dividend | | | Sold | 04/02/20 | J | | |
| 253.   - United Health Group Inc. | A | Dividend | J | T | | | | | |
| 254.   - Valero Energy Corp. | A | Dividend | | | Sold | 03/16/20 | J | | |
| 255.   - Visa Incorporated | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  - Walmart Incorporated | A | Dividend | J | T | | | | | |
| 257.  - Zoetis Incorporated | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 258.  - Linde Plc Shs (Ireland) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 259.  - Medtronic Plc Shs (Ireland) | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 260.  - Alcon Incorporateed | A | Dividend | | | Sold | 05/05/20 | J | | |
| 261.  - American Tower Corp. | A | Dividend | J | T | | | | | |
| 262.  Virginia 529 Plan, College Savings Plan, Moderate (H) Growth | | | | | | | | | |
| 263.  - AMCAP Fund - 529C | A | Dividend | J | T | | | | | |
| 264.  - Capital World Growth & Income - 529C | A | Dividend | J | T | | | | | |
| 265.  - The Growth Fund of America - 529C | A | Dividend | J | T | | | | | |
| 266.  - The Investment Company of America - 529C | A | Dividend | J | T | | | | | |
| 267.  Talcott Resolution Life Ins. f/k/a Hartford Life Ins. (H) | | | | | | | | | |
| 268.  - American Funds Income Fund | A | Dividend | J | T | | | | | |
| 269.  - American Funds Growth | A | Dividend | J | T | | | | | |
| 270.  - Franklin Templeton Mutual Shares Sec | A | Dividend | J | T | | | | | |
| 271.  PNC Bank Checking & Savings Accounts | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gershwin A. Drain**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544